IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

OLTON L. DUMAS,

Petitioner,

v. Civil 00-800 DSD/AJB

HOYT A. BRILL,

Respondent.

---

**ORDER STAYING DUTY TO FILE RETURN**

---

Respondent has filed a motion to dismiss the petition along with a supporting brief. I find there is a likelihood that respondent's motion will prevail, and, therefore,

IT IS ORDERED:

That the order to file a return be and the same is hereby STAYED pending the Court's decision on the motion to dismiss.

Dated this 25th day of May, 2000.

BY THE COURT

Arthur J. Boylan
United States Magistrate Judge

MAY 25 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK