**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Olton Lee Dumas, Civil No. 00-800 DSD/AJB

Petitioner,

v. **ORDER TO SHOW CAUSE**

Hoyt A. Brill,

Respondent.

This action has been commenced pursuant to 28 U.S.C. § 2254 as a petition for writ of habeas corpus by a person in state custody. It has been referred to the undersigned United States Magistrate Judge for report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.1. The matter is now before the Court on respondent's motion to dismiss. The motion and supporting memorandum, filed with the Court and served on petitioner by mail on May 18, 2000, allege that the petitioner fails to state a claim upon which relief can be granted and otherwise fails to state a claim which would permit habeas corpus relief.

Petitioner is hereby provided opportunity to timely respond to the arguments contained in respondent's motion dismiss and supporting memorandum and show cause why the petition should not be dismissed.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that petitioner shall file and serve a response to the arguments contained in respondent's motion and memorandum before June 28, 2000, showing cause why respondent's motion to dismiss the petition should not be granted. Failure to timely respond to this Order will result in the Court's consideration of the motion without argument from the petitioner and may

FILED MAY 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

result in a recommendation of dismissal of the petition in this case.

Dated: 5/25/00

Arthur J. Boylan
United States Magistrate Judge