**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Olton Lee Dumas,

Petitioner,

v.

Hoyt A. Brill,

Respondent.

Civil No. 00-800 DSD/AJB

**ORDER ON MOTION FOR TIME ENLARGEMENT**

This matter is before the Court on petitioner's motion to enlarge the time in which he may file his objections to the Magistrate Judge's report and recommendation. Based upon the petitioner's motion and information contained therein, **IT IS HEREBY ORDERED** that petitioner's motion is **granted** [Docket No. 25]. Petitioner shall file any written objections to the report and recommendation on or before October 9, 2000.

Dated: 9/26/00

Arthur J. Boylan
United States Magistrate Judge

FILED SEP 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK