UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-800(DSD/AJB)

Olton Lee Dumas,

Petitioner,

v. **ORDER**

Hoyt A. Brill,
Jon E. Litscher,

Respondents.

This matter is before the court on petitioner's untimely objections to the report and recommendation of Magistrate Judge Arthur J. Boylan dated August 28, 2000. On September 26, 2000, this court granted petitioner's motion to enlarge time allowing petitioner to file objections on or before October 9, 2000. Petitioner did not file objections within the enlarged time. Accordingly, in an order dated October 13, 2000, this court adopted the report and recommendation of Magistrate Judge Arthur J. Boylan and dismissed this action with prejudice. Judgment was entered on October 13, 2000.

The petitioner submitted objections to the report and recommendation on October 16, 2000, which this court rejects as

OCT 31 2000
FILED ____________
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

untimely. Therefore, this court's order of October 13, 2000, adopting the report and recommendation of Magistrate Judge Boylan and dismissing this action with prejudice stands.

Dated: October 31, 2000

David S. Doty, Judge
United States District Court