UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-800(DSD/AJB)

Olton Lee Dumas,

Petitioner,

v. **ORDER**

Hoyt A. Brill, sued as Hoyt A. Brill, Warden and Jon E. Litscher,

Respondents.

This matter is before the court on the petitioner's motion for a certificate of appealability [Doc. No. 32] pursuant to this court's order of October 31, 2000, [Doc. No. 30] denying petitioner's untimely objections to this court's order of October 12, 2000, [Doc. No. 28] which dismissed with prejudice petitioner's application for writ of habeas corpus relief under 28 U.S.C. § 2254 upon the adoption of an August 28, 2000, report and recommendation of Magistrate Judge Arthur J. Boylan [Doc. 24].

Under the Antiterrorism and Effective Death Penalty Act of 1996, an appeal may not be taken from a final order in a habeas corpus proceeding unless a "circuit justice or judge issues a certificate of appealability." 28 U.S.C. § 2253(c)(1). A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This court has jurisdiction to

FEB 05 2001
FILED
FRANCIS E. DOSAL, CLERK
Judgment Ent'd.
Deputy Clerk's Initials

issue a certificate of appealability. See Tiedeman v. Benson, 122 F.3d 518 (8th Cir. 1997).

A certificate of appealability should not issue merely because the appeal is brought in good faith and raises a "non-frivolous" issue. Kramer v. Kemna, 21 F.3d 305, 307 (8th Cir. 1994). Instead, the applicant must show "that the issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings." Flieger v. Delo, 16 F.3d 878, 882-83 (8th Cir. 1994), cert. denied, 513 U.S. 946 (1994) (citing Lozado v. Deeds, 498 U.S. 430, 432 (1991)).

In its order adopting the report and recommendation of the magistrate judge that denied the habeas corpus application, the petitioner's claims were sufficiently examined and determined to be without merit. Petitioner fails to indicate in his motion for a certificate of appealability which of these issues warrants further review. Therefore, based on a review of the file, record and proceedings herein, the court concludes that petitioner has failed to meet the requisite substantial showing of a denial of his constitutional rights.

Accordingly, **IT IS HEREBY ORDERED** that petitioner's application for a certificate of appealability [Doc. No. 32] is denied.

Dated: February 2, 2001

David S. Doty, Judge
United States District Court