UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-800(DSD/AJB)

Olton Lee Dumas,

Petitioner,

v. **AMENDED ORDER**

Hoyt A. Brill,
Jon E. Litscher,

Respondents.

This matter is before the court on its own motion for reconsideration of petitioner's application to proceed without prepayment of fees ("IFP") pursuant to the petitioner's application for a certificate of appealability [Doc. No. 32].

Although this court finds that petitioner's application for appeal lacks merit and has denied petitioner's application for a certificate of appealability on February 2, 2001, [Doc. No. 35] the court nonetheless finds that petitioner meets the minimal threshold for IFP eligibility. The IFP application is therefore granted.

Dated: April 7, 2001

David S. Doty, Judge
United States District Court

FILED APR 09 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______